395 A.2d 1014

Faix, Appellant, v. Allstate Insurance Company.

486

Submitted April 11, 1978.  Howard A. Specter, for appellant; Thomas A. Matis, for appellee.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.